

# NUMBER 13-14-00674-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BENANCIO VALLE PUENTE JR.

## On Petition for Writ of Habeas Corpus.

# ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Per Curiam Order**

Relator, Benancio Valle Puente Jr., proceeding pro se, filed an amended petition for writ of habeas corpus in the above cause on December 1, 2014 requesting relief from confinement. The Court requests that the real party in interest, Clarissa Morin Puente, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of habeas corpus on or before the expiration of seven days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of December, 2014.